IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERRICK INGE,              ) | |
|     Plaintiff,        ) | |
|                                ) | CIVIL ACTION NO. |
| v.                        ) | 2:10cv993-MHT |
|                                ) | (WO) |
| BONNIE MORGAN, et al.,    ) | |
|     Defendants.      ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 40) is granted and that this case is dismissed in its entirety, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of August, 2013.

                                                     /s/ Myron H. Thompson  
                                          UNITED STATES DISTRICT JUDGE